ANNA E. COMER, Respondent, *v.* CHARLES ROBINSON, Appellant.

(Argued April 29, 1884 ; decided May 6, 1884.)

*Edward B. Whitney* for appellant.

*Charles H. Winfield* for respondent.

Agree to affirm ; no opinion.
All concur.
Order affirmed.

---

MOSES S. MORK, Appellant, *v.* HELENA CRAIG et al., Respondents.

(Argued April 29, 1884 ; decided May 6, 1884.)

*Henry Wehle* for appellant.

*E. Haines* for respondents.

Agree to affirm ; no opinion.
All concur.
Order affirmed.

---

96c 629
142 249

BOLTON HALL et al., Respondents, *v.* THE UNITED STATES REFLECTOR COMPANY, Appellant.

(Argued April 29, 1884 ; decided May 6, 1884.)

*Edward P. Wilder* for appellant

*William B. Hornblower* for respondents.

Agree to affirm ; no opinion.
All concur.
Order affirmed.